FILED
CLERK, U.S. DISTRICT COURT

8/16/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-CR-00498-JFW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 401(3): Criminal Contempt] |
| YAN SUI, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 401(3)]

On or about September 20, 2022, in Los Angeles County, within the Central District of California, knowing that there was a clear and definite order issued by the United States Bankruptcy Court, Central District of California, namely, an order dated February 4, 2022 in In re Debtor Yan Sui, Bankruptcy Case No. 8:11-bk-20448-MW in the Central District of California, and the order dated August 25, 2022 in In re Debtor Yan Sui, Bankruptcy Case No. 8:11-bk-20448-SC in the Central District of California, which orders prohibited defendant YAN SUI from filing pleadings in non-bankruptcy forums against the

bankruptcy trustee and his retained professionals without first obtaining permission from the bankruptcy court, defendant SUI willfully and knowingly disobeyed and resisted such lawful orders of a Court of the United States. Specifically, defendant SUI violated such orders by filing a "Complaint to Recover Real Property and for Damages" in the United States District Court, a non-bankruptcy forum, on September 20, 2022, naming the bankruptcy trustee and his retained professionals, Marshack Hays LLP, as defendants, without obtaining permission from the bankruptcy court.

COUNT TWO

[18 U.S.C. § 401(3)]

On or about September 25, 2022, in Los Angeles County, within the Central District of California, knowing that there was a clear and definite order issued by the United States Bankruptcy Court, Central District of California, namely, an order dated February 4, 2022 in In re Debtor Yan Sui, Bankruptcy Case No. 8:11-bk-20448-MW in the Central District of California, and the order dated August 25, 2022 in In re Debtor Yan Sui, Bankruptcy Case No. 8:11-bk-20448-SC in the Central District of California, which orders prohibited defendant YAN SUI from filing pleadings in non-bankruptcy forums against the bankruptcy trustee and his retained professionals without first obtaining permission from the bankruptcy court, defendant SUI willfully and knowingly disobeyed and resisted such lawful orders of a Court of the United States. Specifically, defendant SUI violated such orders by filing a "Motion for Order that Qui Tam Complaint Be Filed" in the United States District Court, a non-bankruptcy forum, seeking an order that a previously-submitted complaint against the bankruptcy trustee and his retained professionals, Marshack Hays LLP, be filed, without obtaining permission from the bankruptcy court.

COUNT THREE

[18 U.S.C. § 401(3)]

On or about September 26, 2022, in Orange County, within the Central District of California, knowing that there was a clear and definite order issued by the United States Bankruptcy Court, Central District of California, namely, an order dated February 4, 2022 in In re Debtor Yan Sui, Bankruptcy Case No. 8:11-bk-20448-MW in the Central District of California, and the order dated August 25, 2022 in In re Debtor Yan Sui, Bankruptcy Case No. 8:11-bk-20448-SC in the Central District of California, which orders prohibited defendant YAN SUI from filing pleadings in non-bankruptcy forums against the bankruptcy trustee and his retained professionals without first obtaining permission from the bankruptcy court, defendant SUI willfully and knowingly disobeyed and resisted such lawful orders of a Court of the United States. Specifically, defendant SUI violated such orders by filing a "Complaint to Recover Real Property and for Damages" in the Orange County Superior Court, a non-bankruptcy forum,

///

///

///

naming the bankruptcy trustee and his retained professionals, Marshack Hays LLP, as defendants, without obtaining permission from the bankruptcy court.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

KENNETH R. CARBAJAL
Assistant United States Attorney
General Crimes Section