E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MATT COE-ODESS (Cal. Bar No. 313082)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8957
    E-mail:   matt.coe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00498-JAK |
|---|---|
| Plaintiff, | GOVERNMENT STATUS REPORT RE DISCOVERY CONFERENCE |
| v. | |
| YAN SUI, | Trial Date: October 15, 2024<br>Trial Time: 9:00 am |
| Defendant. | Location: Courtroom of the Hon. John A. Kronstadt |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Matt Coe-Odess, hereby submits this status report regarding the discovery conference pursuant to the Court's Standing Order for Criminal Cases (the "Order").

    Despite the government's attempts to confer before filing this report, defendant YAN SUI ("defendant") did not provide substantive input and instead filed his own status report in the related matter, 8:24-CR-00048-JAK, at Docket Number 33 ("defendant's Report").

<u>Status of Discovery</u>:  The government has produced approximately 1,716 pages of discovery, including filings and other materials relating to the criminal contempt charges, through its file-transfer system (USAfx).  The government has also made all of these materials available for defendant's inspection and offered to provide hard copies to defendant.  Defendant stated he did not want discovery other than grand jury transcripts.  The government does not currently anticipate making further discovery productions.  The government acknowledges that its duty to disclose discovery is a continuing one.  Defendant has not produced any discovery to the government at this time.

<u>Discovery Disputes</u>:  Defendant has filed a motion seeking grand jury transcripts.  The government intends to oppose this motion.  The parties have not identified any other contested matters of discovery or inspection at this time.

In the related case, 8:24-CR-00048-JAK, at Docket Number 34, defendant filed a "Request for Discovery Pursuant to Initial Standing Order for Criminal Cases" on September 1, 2024.  However, prior to the filing of this request, the government had already made discovery available to defendant via USAFx, but defendant responded that he did not wish to create a USAfx account because of privacy reasons.  (As far as the government can tell, however, it appears defendant did create a USAfx account and can access the platform.)  After the government offered to deliver the discovery via hard drive or hard copies available for pick up, defendant said he did not want discovery.  Defendant then filed his request for discovery without further meet and confer.  The government is in the process of arranging for delivery of hard copies of discovery to defendant.

<u>Defendant's Motions</u>: Defendant has filed: (1) a motion to obtain transcript of the grand jury indictment (Dkt. 13), (2) a motion to change venue (Dkt. 16), (3) a motion to dismiss the indictment (Dkt. 17). The government intends to oppose these motions. Defendant has also filed a "cross-complaint of counter claims conversion abuse of process civil/criminal aid abetting trespassing IIED injunctive relief constitutional relief declaratory relief" (Dkt. 20). The government is evaluating this filing.

<u>Trial Date</u>: Defendant has declined to tell the government whether he wishes to proceed to trial on October 15, 2024. The government is prepared to go to trial on October 15, 2024.

<u>Anticipated Length of Trial</u>: Approximately one to two days.

Dated: September 5, 2024        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

       /s/
MATT COE-ODESS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA